CHARLES H. CROWELL, Appellant, v. LEILA E. CROWELL, Respondent.— We think that the defendant is entitled to the alimony *pendente lite*, as determined by the Special Term, and to a counsel fee (*Waterman* v. *Waterman*, 147 App. Div. 464), but that the amount thereof should be reduced

to $250. The order is thus modified, and as so modified affirmed, without costs of this appeal to either party. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.